■ In the Matter of Christopher Abell et al., Appellants, v JetBlue Airways Corporation, Respondent. [19 NYS3d 889]— Order, Supreme Court, New York County (Eileen Bransten, J.),

entered February 18, 2015, which denied petitioners' motion to vacate an arbitration award, and granted respondent's cross motion to confirm the award, unanimously affirmed, without costs.

Petitioners failed to meet their heavy burden of showing that the arbitrator did not even "arguably" interpret the parties' employment agreement in rendering his award and therefore he exceeded his arbitral powers pursuant to section 10 (a) of the Federal Arbitration Act (9 USC § 10) (see *Oxford Health Plans LLC v Sutter*, 569 US —, —, 133 S Ct 2064, 2068 [2013]). It is apparent from the face of the award that the arbitrator analyzed the agreement and subsequent amendments closely and carefully, and that is all that is required to preclude the court from overruling him (*id.* at 2070-2071).

We have considered petitioners' remaining contentions and find them unavailing. Concur—Tom, J.P., Saxe, Gische and Kapnick, JJ.